UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      CASE NO. 2:21-CV-20019-002

DAVID ALLEN FRANKS                                                         DEFENDANT

## **ORDER**

The Court ADOPTS the report and recommendation (Doc. 40) entered in this case and accepts Defendant's plea of guilty to Count 3 of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this November 4, 2021.


/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE